719 A.2d 742

**COMMONWEALTH of Pennsylvania**

v.

**James HALL, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1998.

Decided Nov. 9, 1998.

John W. Packel, L. Roy Zipris, Ellen T. Greenlee, Philadelphia, for James Hall.

Catherine Marshall, Lawrence J. Goode, Philadelhia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents.